IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GEORGIA COASTAL LAND CO., <br> C/O WILLIAM L. NUTTING, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES ARMY CORPS <br> OF ENGINEERS, <br><br> Defendant. | CIVIL ACTION NO.: CV414-082 |

## SECOND AMENDED SCHEDULING ORDER

Upon consideration of the Joint Motion to Amend Scheduling Order by PLAINTIFF GEORGIA COASTAL LAND CO., C/O WILLIAM L. NUTTING ("**Plaintiff**"), and Defendant, UNITED STATES ARMY CORPS OF ENGINEERS ("**Corps**"), the Court hereby enters the following schedule for the filing of summary judgment motions:

March 16, 2015:   Plaintiff shall file a Motion for Summary Judgment, limited to 20 pages in length.

April 16, 2015:   The Corps shall file a combined Response and Cross Motion for Summary Judgment in response to Plaintiff's Motion for Summary Judgment, limited to 20 pages in length.

<u>May 7, 2015</u>: Plaintiff shall file a combined Reply in Support of its Motion for Summary Judgment and Response to the Corps' Cross-Motion for Summary Judgment, limited to 15 pages in length.

<u>May 28, 2015</u>: The Corps shall file a Reply in Support of its Cross-Motion for Summary Judgment, limited to 15 pages in length.

ENTERED this 26th day of January, 2015.

_____
G. R. SMITH
UNITED STATES MAGISTRATE JUDGE